No. 96–594. MUDIE *v.* MILTLAND RALEIGH-DURHAM. Ct. App. N. C. Certiorari denied.

No. 96–599. GLENBROOK CO. *v.* ERNST HOME CENTER, INC. C. A. 9th Cir. Certiorari denied.

No. 96–606. INDU CRAFT, INC. *v.* BANK OF BARODA ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–609. TONAWANDA BAND OF SENECA INDIANS ET AL. *v.* POODRY ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–612. SHEFFIELD *v.* ANDREWS, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR PUGH. Sup. Ct. Ala. Certiorari denied.

No. 96–613. GENERAL TRUCK DRIVERS AND HELPERS UNION LOCAL NO. 92, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO *v.* WILSON. C. A. 6th Cir. Certiorari denied.

No. 96–616. BILLMAN *v.* DEPARTMENT OF HUMAN SERVICES, FRANKLIN COUNTY, OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96–617. HYLAND HILL NORTH CONDOMINIUM ASSN., INC. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. Sup. Ct. Minn. Certiorari denied.

No. 96–620. SIMMS *v.* FIRST MADISON BANK, FSB. C. A. 5th Cir. Certiorari denied.

No. 96–626. ADAMS ET AL. *v.* CSX TRANSPORTATION, INC. C. A. 9th Cir. Certiorari denied.

No. 96–627. DAVIS *v.* O'BRIEN. App. Ct. Mass. Certiorari denied.

No. 96–639. KISSI *v.* GREAT AMERICAN INSURANCE COS. Ct. Sp. App. Md. Certiorari denied.

No. 96–642. WAMBAUGH *v.* SMITH. C. A. 3d Cir. Certiorari denied.